395 A.2d 975

Commonwealth v. Wideman, Appellant.

Argued September 11, 1978. Thomas V. Hunt, for appellant; N. Wasser, Assistant District Attorney, with him Edward G. Rendell, District Attorney, for Commonwealth, appellee.

Before CERCONE, SPAETH and LIPEZ, JJ.

Judgment of sentence affirmed.